**Glenwood C. SWINDELL, Plaintiff–Appellant,**

v.

**Gordon R. ENGLAND, Secretary of the Navy, Defendant–Appellee.**

No. 06–1560.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 29, 2006.

Decided: Feb. 1, 2007.

Glenwood C. Swindell, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenwood C. Swindell appeals the district court's order granting the Secretary's motion for summary judgment and dismissing his action alleging disability discrimination under the Rehabilitation Act of 1973, 29 U.S.C. § 791 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Swindell v. England,* No. 7:04–cv–00082–F

(E.D.N.C. March 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*